**STATEMENT OF FACTS**

On Monday, October 17, 2005, federal law enforcement agents learned that defendant Jose Ramos planned to sell about three-quarters of a kilogram of cocaine powder to another person in Washington, D.C. The agents saw defendant get into the passenger side of a car in the 4100 block of 14th Street, N.W., Washington, D.C. At least one agent saw defendant carrying a white plastic bag with something in it as he got into the car. A short time later, police stopped the car with defendant near the intersection of 13th & Buchanan Streets, N.W., at about 12:40 p.m. Police seized from defendant Ramos' feet the white bag he had been seen carrying a few minutes before. In it were other bags the last of which contained a little more than 715 grams of suspected cocaine powder. I did a field test of some of this powder, and the result was a sign it contained cocaine.

In addition to the information law enforcement agents received about defendant Ramos selling the cocaine powder, in my experience the amount of the powder seized from defendant's bag is a quantity commonly indicating the suspected cocaine was going to be sold to others rather than used exclusively by defendant.

_____
SPECIAL AGENT FRANK OLIVER
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES

Sworn and subscribed before me on this _____ day of October, 2005.

_____
U. S. MAGISTRATE JUDGE